IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER; GILLICK ENTERPRISES, INC.; and GROSS POINT HOLDINGS, LLC;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE, d/b/a or a/k/a NATIONWIDE; and DEPOSITORS INSURANCE COMPANY,<br><br>Defendants. | 8:18CV23<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Unopposed Motion and Stipulation for Continuance of Trial and Request for Amended Order of Progression ([Filing No. 26](#)). After review of the motion, the Court finds it should be granted. Accordingly,

**IT IS ORDERED:**

1. The parties' Joint Unopposed Motion and Stipulation for Continuance of Trial and Request for Amended Order of Progression ([Filing No. 26](#)), is granted;

2. The Pretrial Conference and Trial are cancelled, and will be rescheduled, if necessary, after the parties mediate;

3. The parties shall complete mediation on or by August 16, 2019, and shall notify the Court of the outcome of mediation within 7-days that it takes place; and

4. If mediation is unsuccessful, the parties shall file an amended Rule 26(f) Report within 14-days of mediation.

Dated this 9th day of May, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge