# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MILLARD GUTTER COMPANY, a Corporation d/b/a MILLARD ROOFING AND GUTTER; GILLICK ENTERPRISES, INC., and GROSS POINT HOLDINGS, LLC,**<br><br>　　　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**NATIONWIDE INSURANCE, d/b/a or a/k/a NATIONWIDE; and DEPOSITORS INSURANCE COMPANY,**<br><br>　　　　　　　**Defendants.** | **8:18CV23**<br><br><br>**SIXTH AMENDED CASE PROGRESSION ORDER** |

　　　This matter is before the Court on the Stipulation on Proposed Amended Progression Order Deadlines (Filing No. 53). After review of the stipulation, and for good cause shown,

　　　**IT IS ORDERED** that the Stipulation on Proposed Amended Progression Order Deadlines (Filing No. 53) is granted, and the fifth amended case progression order is amended as follows:

1)　The planning conference scheduled for February 10, 2023, is cancelled. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **February 24, 2023**, at **10:00 a.m. CST** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)　The deposition deadline is **February 24, 2023**.

3)　The deadline for filing motions to dismiss and motions for summary judgment is **March 24, 2023**.

4)　The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 24, 2023**.

5)　The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 6th day of February, 2023.

                                                  BY THE COURT:

                                                  s/Michael D. Nelson
                                                  United States Magistrate Judge